BERTHOLD NAGY, Respondent, v. ARCAS BRASS & IRON COMPANY, INC., Appellant.— Motion for stay of trial in the Municipal Court granted, unless the plaintiff consents that the defendant may present its defense at the time of such trial. (See *Thompson* v. *McLaughlin*, 138 App. Div. 711.) Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CHARLES F. JACOBS, Appellant, v. JANE JACOBS, Respondent.— Motion for stay pending appeal granted on condition that appellant perfect the appeal for Friday, May 14, 1926, and be ready for argument when reached. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

JESSE KURLANDZIK, Respondent, v. ALEXANDER PROBST, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

PHILIP LESCHNIK, Appellant, v. A. D. B. CONSTRUCTION Co., INC., and Others, Defendants. THE WEST END BANK OF BROOKLYN, Respondent.— Motion to resettle order granted, and order signed. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MAX ZEISLER, Respondent, v. SAMUEL FEINSTEIN, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ALBERT E. BERGIN, Appellant, v. JOHN R. ANDERSON, Respondent.— Upon reargument, order, in so far as it denies a motion to resettle an order so as to recite all papers used upon the original motion, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Such an order is appealable. (*American Audit Co.* v. *Industrial Federation*, 87 App. Div. 275; *Farmers' National Bank* v. *Underwood*, 12 id. 269; *Deutermann* v. *Pollock*, 36 id. 522; *Tuska* v. *Jarvis*, 61 Misc. 224.) Decisions holding that an order denying a motion for resettlement is not appealable relate to motions made to modify or change the relief granted by the original order. (*Place* v. *Hayward*, 100 N. Y. 626; *West Side National Bank* v. *Warsaw Discount Bank*, 204 App. Div. 4; *Pinchot* v. *New York Elevated R. R. Co.*, 49 id. 356; *Waltham Manufacturing Co.* v. *Brady*, 67 id. 102.) Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

JACOB BYER, Respondent, v. CHARLES SHONGOOD, Appellant.— Order denying motion for an order directing separate trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

WOOLF PEIREZ, Respondent, v. ABRAHAM MISHLER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VITO BERTINI, Appellant, v. INDEPENDENT ORDER SONS OF ITALY, Respondent.— Order denying relator's motion for an order of mandamus affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.